In the Interest of J.D.S., aka B.D.S., aka B.B.S., a Child

☐  From the 110th District Court
Of Floyd County

No. 07-12-00505-CV

☐  March 8, 2013

☐  Opinion by Justice Campbell

J U D G M E N T

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o